```
 1  MICHAEL W. JONES (STATE BAR NO. 136872)
    HANSEN, CULHANE, KOHLS, JONES & SOMMER, LLP
 2  2261 Lava Ridge Court
    Roseville, California 95661
 3  Telephone: (916) 781-2550

 4  Attorneys for Plaintiff
    MARILYN MAY SHIELDS
```

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN MAY SHIELDS, | No. CIV.S-03-1614 DFL-PAN |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL OF NOLAN TRACY AND ORDER THEREON** |
| DEPUTY SHERIFF TRACY, in his individual capacity; DEPUTY SHERIFF BIALORUCKI, in his individual capacity; COUNTY OF EL DORADO, DOES 1-100, | |
| Defendants. | |

IT IS HEREBY STIPULATED between Plaintiff MARILYN MAY SHIELDS and Defendants COUNTY OF EL DORADO and NOLAN TRACY that Defendant NOLAN TRACY shall be dismissed as a party Defendant, with prejudice.

```
DATED: 8/18/05                    HANSEN, CULHANE, KOHLS,
                                  JONES & SOMMER, LLP


                             By:   /s/ Michael W. Jones_____
                                  MICHAEL W. JONES
                                  Attorneys for Plaintiff
                                  MARILYN MAY SHIELDS
```

---
1
STIPULATION FOR DISMISSAL OF NOLAN TRACY AND ORDER THEREON

1 | DATED: August 19, 2005          BARKETT & GUMPERT
                                    Attorneys at Law
2
3                         By:    /s/ Franklin G. Gumpert
                                 FRANKLIN G. GUMPERT, # 66051
4                                Attorneys for Defendants
                                 COUNTY OF EL DORADO and NOLAN TRACY
5
6                                **ORDER**

7        The parties having stipulated and good cause appearing
8  therefor, IT IS HEREBY ORDERED that Defendant NOLAN TRACY be
9  dismissed, with prejudice.
10 DATED: 8/19/2005

                                 _____
                                 DAVID F. LEVI
                                 United States District Judge