1  **MICHAEL W. JONES (STATE BAR NO. 136872)**
   **HANSEN, CULHANE, KOHLS, JONES & SOMMER, LLP**
2  **2261 Lava Ridge Court**
   **Roseville, California 95661**
3  **Telephone: (916) 781-2550**

4  Attorneys for Plaintiff
   MARILYN MAY SHIELDS

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN MAY SHIELDS, | No. CIV.S-03-1614 DFL-PAN |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE AND ORDER THEREON** |
| DEPUTY SHERIFF TRACY, in his individual capacity; DEPUTY SHERIFF BIALORUCKI, in his individual capacity; COUNTY OF EL DORADO, DOES 1-100, | |
| Defendants. | |

IT IS HEREBY STIPULATED between Plaintiff MARILYN MAY SHIELDS and Defendant COUNTY OF EL DORADO that this entire action may be dismissed, with prejudice.

DATED: August 26, 2005         HANSEN, CULHANE, KOHLS,
                                JONES & SOMMER, LLP


                        By:    _____/S/ MICHAEL W. JONES_____
                                MICHAEL W. JONES
                                Attorneys for Plaintiff
                                MARILYN MAY SHIELDS
///

///

///

1

```
1  DATED: September 12, 2005         BARKETT & GUMPERT
                                     Attorneys at Law
2

3                              By:    /s/ FRANKLIN G. GUMPERT
                                     FRANKLIN G. GUMPERT, # 66051
4                                    Attorneys for Defendant
                                     COUNTY OF EL DORADO
5
                                   ORDER
6
        The parties having stipulated and good cause appearing
7
   therefor, IT IS HEREBY ORDERED that this entire action be
8
   dismissed, with prejudice.
9
   DATED: 9/9/2005
10
```

                                    _____
                                    DAVID F. LEVI
                                    United States District Judge